NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50549 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-00761-JFW |
| v. | |
| MICHAEL TREDELL JONES, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
John F. Walter, District Judge, Presiding

Submitted December 19, 2011[**]

Before:    GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

Michael Tredell Jones appeals from his 18-month sentence following his

jury-trial convictions for conspiracy and counterfeiting obligations or securities of

the United States, in violation of 18 U.S.C. §§ 371 and 471.  We have jurisdiction

under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

Jones contends that the district court erred when it applied enchantments to his Guideline calculation pursuant to U.S.S.G. §§ 2B5.1(b)(2)(A) and (b)(3). In light of the jury's verdict, the district court did not err in applying the enhancements. *See United States v. Armstead*, 552 F.3d 769, 777 (9th Cir. 2008).

**AFFIRMED.**